IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRAIG ZEBROSKI, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 03-853-LPS |
| | : | |
| DANA METZGER, Warden | : | |
| | : | |
| Respondents.[1] | : | |

**ORDER**

At Wilmington this 2nd day of August, 2018;

IT IS ORDERED that this case shall no longer be designated as a death penalty habeas proceeding. On June 21, 2017, the Delaware Superior Court vacated Petitioner's death sentence and re-sentenced him to life in prison without the possibility of parole. *See State v. Zebroski*, 2017 WL 2723626 (Del. Super. Ct. June 21, 2017).

_____
UNITED STATES DISTRICT JUDGE

---

[1] Warden Dana Metzger has been substituted for former Warden Perry Phelps, an original party to the case. *See* Fed. R. Civ. P. 25(d).